# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS FERRELL,** | : CIVIL ACTION NO. 1:06-CV-1757 |
| **Petitioner** | : (Judge Conner) |
| v. | : |
| **COMMONWEALTH OF PENNSYLVANIA, ET AL.,** | : |
| **Respondents** | : |

## ORDER

AND NOW, this 21st day of November, 2006, it is hereby ORDERED that respondents are afforded until December 1, 2006, to comply with this Court's Order (Doc. 5) directing that a response be filed addressing whether the petition is barred by the statute of limitations, see United States v. Bendolph, 409 F.3d 155, 169 (3d Cir. 2005) (*en banc*) (holding that district courts may *sua sponte* raise AEDPA's one-year statute of limitations, provided that the petitioner is provided with notice and an opportunity to respond).

                                                   S/ Christopher C. Conner
                                                   CHRISTOPHER C. CONNER
                                                   United States District Judge